# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*November 30, 2021*

Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
| Brenda Belinda BARBA (Y.O.B. 1989) | ) |
| Citizenship: United States | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

Case No. 7:21-mj-2506-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 29, 2021   in the county of   Hidalgo   in the
  Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 554 | Did knowingly and willfully attempt to export or send from the United States any article, or object, to wit: 2 firearms, 550 rounds of ammunition, and four firearm magazines, contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Approved 11/30/21 by AUSA Eliza Carmen Rodriguez

Sworn to and executed by reliable electronic means, sworn to
Printed name and title and attested telephonically per
FED.R.CR.4.1, and probable
cause found on:
Sworn to before me and signed in my presence.

/s/ Evan Ratcliff
*Complainant's signature*

Evan Ratcliff, HSI Special Agent
*Printed name and title*

Date:   November 30, 2021 at 7:51 a.m.

*Judge's signature*

City and state:   McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

On November 29, 2021, Brenda Belinda BARBA, a United States Citizen, arrived at the Anzalduas Port of Entry (POE) attempting to exit the United States to enter Mexico. At the time of her departure from the country, BARBA was driving alone in her 2015 Chevrolet Silverado.

When BARBA approached the POE and was committed to exiting the US to Mexico without any way to turn around, she was stopped by US Customs & Border Protection (CBP) Officers (CBPO) who were conducting special enforcement searching vehicles leaving the country. A CBPO observed BARBA drive by, noticed her vehicle was registered in a Houston-area county, and selected her for border search.

The CBPO obtained a verbal negative declaration from BARBA for any weapons, ammunition, and currency in excess of $10,000 she was exporting to Mexico. As he was speaking to BARBA, the CBPO observed that BARBA appeared nervous and was reaching for a large black purse near the center console which she gradually moved closer to/under her feet in what the CBPO felt was an attempt to conceal it. The CBPO opened her door, reached for the bag, noticed it was inappropriately heavy, and observed Glock pistol cases inside. CBP removed BARBA from the vehicle and detained her pending investigation.

BARBA was escorted to the secondary search area where CBP ultimately located 550 rounds of various pistol caliber ammunition, a Glock 17 9mm pistol, a Glock 44 .22 caliber pistol, and four Glock pistol magazines. The ammunition was new in the box and sealed and the firearms were brand new and had been purchased from Academy Sports earlier in the day. CBP contacted Homeland Security Investigations (HSI) who dispatched Special Agents (SA) to investigate the incident and interview BARBA.

During the custodial interview, BARBA stated that she had traveled from Nuevo Leon, Mexico into the US earlier in the morning to run errands which included purchasing the firearms and several boxes of ammunition. BARBA told SAs that she went to two separate Academy Sports stores in the larger McAllen metropolitan area to make the purchases. After several hours of running other errands, she traveled to the Anzaludas POE and admitted that she was intending to export the firearms and ammunition to Mexico to take to back her family's ranch.

BABRA stated that she has crossed from the US to Mexico numerous times in her life and admitted that she has seen the large red and white signs above the POEs indicating that it is illegal to take firearms and ammunition to Mexico. HSI SAs asked BARBA directly if she knew that taking the firearms and ammunition she had in her possession to Mexico was illegal, and she responded affirmatively indicating she knew it was illegal. HSI SAs asked BARBA why she was exporting the items she knew were illegal, but she said she did not know why she did it. BARBA denied trafficking the weapons for anyone but requested an attorney shortly afterward and ceased questioning. BARBA did not indicate or admit that she had a license to export Commerce-controlled firearms and ammunition from the US into Mexico.